**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000552
21-MAY-2026
07:58 AM
Dkt. 28 OGMD**

NO. CAAP-25-0000552

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee,
v.
FELISE TUPUOLA, aka FELISE TUPUOLA, JR., Defendant-Appellant.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CPC-25-0000182)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Leonard, Presiding Judge, McCullen and Gluck, JJ.)

Upon review of the April 10, 2026 "Defendant-Appellant's Suggestion of Death and Motion to Dismiss" (**Motion**) filed by counsel for Defendant-Appellant Felise Tupuola, also known as Felise Tupuola, Jr. (**Tupuola**), the papers in support, and the record, it appears that:

(a) Tupuola appeals from the July 7, 2025 "Findings of Fact, Conclusions of Law; Order Denying Defendant's Motion for Supervised Release to Oahu Intake Service Center and/or Set Bail" entered by the Circuit Court of the First Circuit.[1]

---

[1] The Honorable Paul B.K. Wong presided.

(b)   Tupuola died during the pendency of this appeal, and no motion for substitution as a party was filed under Hawaiʻi Rules of Appellate Procedure Rule 43(a).

Therefore, IT IS HEREBY ORDERED that the Motion is granted and this appeal is dismissed as moot.  See State v. Makaila, 79 Hawaiʻi 40, 45, 897 P.2d 967, 972 (1995); State v. Weldon, 144 Hawaiʻi 522, 531, 445 P.3d 103, 112 (2019).

DATED:  Honolulu, Hawaiʻi, May 21, 2026.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Daniel M. Gluck
Associate Judge